# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                                                                         **PLAINTIFF**
**ADC #129780**

V.                                    CASE NO. 4:21-cv-00757 JM

**KENNETH J. KEOUGH,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

Plaintiff David Lee Patterson, Sr.'s case was stayed on September 15, 2021, pending the resolution of his state court criminal proceedings. (Doc. 6). On August 29, 2023, the Court ordered Patterson to show cause by submitting a written filing with the Court by September 27, 2023, stating the status of his state criminal proceedings and whether he intended to pursue this case. (Doc. 13). That Order was mailed to Patterson at the last known address provided to the Court; however, that mailing has been returned undeliverable. (Doc. 14). Accordingly, because Patterson has failed to maintain his address with the Court and failed to file a status update as directed, the Court directs the clerk to lift the stay and dismiss this case without prejudice. Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE