IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                                                    **PLAINTIFF**
**ADC #129780**

V.                              CASE NO. 4:21-cv-00757 JM

**KENNETH J. KEOUGH,** *et al.*                                                                **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE